**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Attorneys for Defendant,*
*COMENITY BANK*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| NATHANIAL DAVIS,<br><br>           Plaintiff,<br><br>v.<br><br>COMENITY BANK, AND DOES 1 THROUGH 20, INCLUSIVE, AND EACH OF THEM,<br><br>           Defendants. | Case No. 5:15-cv-02117<br><br>**NOTICE OF SETTLEMENT** |

**TO THE COURT, PARTIES AND THEIR ATTORNEYS:**

   **PLEASE TAKE NOTICE** that Defendant COMENITY BANK and Plaintiff NATHANIAL DAVIS have agreed to settle the above-entitled matter. The parties anticipate that they will complete the settlement and file a stipulation of dismissal with prejudice as to Plaintiff, and without prejudice as to the putative class members, within 45 days from the date of this Notice.

\\\

\\\

{Davis - (class) Ntc of Settlement;1}                              SETT;1}

1
**NOTICE OF SETTLEMENT**

In light of the settlement, the Parties respectfully request that the Court vacate all pending dates in this case.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated**:** December 16, 2015

s/ Todd M. Friedman
Todd M. Friedman
*Attorneys for Plaintiff,*
*NATHANIAL DAVIS*

**CARLSON & MESSER LLP**

Dated**:** December 16, 2015

s/ David J. Kaminski
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendant,*
*CREDIT CORP SOLUTIONS, INC.*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Notice of Settlement. Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Notice of Settlement provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated**:** December 16, 2015

s/ David J. Kaminski\_\_\_\_
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendant,*
*COMENITY BANK*