**CARLSON & MESSER LLP**
David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
5959 W. Century Blvd., Suite 1214
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

*Attorneys for Defendant,*
COMENITY BANK

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| NATHANIAL DAVIS,<br><br>             Plaintiff,<br><br>v.<br><br>COMENITY BANK, AND DOES 1 THROUGH 20, INCLUSIVE, AND EACH OF THEM,<br><br>             Defendants. | Case No. 5:15-cv-02117-VAP-SP<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

TO THE HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE COUNSEL OF RECORD:

　　PLEASE TAKE NOTICE that Plaintiff NATHANIEL DAVIS ("Plaintiff"), through his counsel or record, Todd M. Friedman of the Law Offices of Todd M. Friedman, P.C., and Defendant COMENITY BANK ("Defendant"), through its counsel of record, David J. Kaminski of Carlson & Messer LLP, hereby file this Stipulation to Dismiss the action of Plaintiff NATHANIEL DAVIS with prejudice and to dismiss

without prejudice, the class action claims asserted in the lawsuit pursuant to FRCP 41(a)(1)(A)(ii).

Each party to bear their own costs and expenses.

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

Dated: January 26, 2016          s/ Adrian R. Bacon
                                  Todd M. Friedman
                                  *Attorneys for Plaintiff,*
                                  *NATHANIEL DAVIS*


**CARLSON & MESSER LLP**

Dated: January 26, 2016          s/ David J. Kaminski
                                  David J. Kaminski
                                  Stephen A. Watkins
                                  *Attorneys for Defendant,*
                                  *COMENITY BANK*

## ATTESTATION AND CERTIFICATE OF SERVICE

I, David J. Kaminski, am the ECF user whose identification and password are being used to file the Stipulation to Dismiss with Prejudice.  Pursuant to Civil Local Rule 5-1(i)(3), I hereby attest that all counsel whose electronic signatures in the Stipulation to Dismiss with Prejudice provided their authority and concurrence to file that document.

**CARLSON & MESSER LLP**

Dated**:** January 26, 2016              s/ David J. Kaminski____
David J. Kaminski, Esq.
Stephen A. Watkins, Esq.
*Attorneys for Defendant,*
*COMENITY BANK*