**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| NATHANIAL DAVIS,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>COMENITY BANK, AND DOES 1 THROUGH 20, INCLUSIVE, AND EACH OF THEM,<br><br>　　　　　Defendants. | Case No. 5:15-cv-02117-VAP-SP<br><br>**[PROPOSED] ORDER REGARDING STIPULATION TO DISMISS** |

　　　The Court has reviewed the Stipulation to Dismiss of Plaintiff NATHANIAL DAVIS and Defendant COMENITY BANK. Good cause appearing, the Court grants the parties' Stipulation to Dismiss Plaintiff's individual claim, with prejudice, and to dismiss without prejudice the putative class action claims asserted by Plaintiff, pursuant to FRCP 41(a)(1)(A)(ii), with each party to bear their respective attorneys' fees and costs.

IT IS SO ORDERED.

Dated: January 29, 2016

　　　　　　　　　　　　　　　　　　　　Virginia A. Phillips
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

{Davis - [Proposed] Order re Dismissal;1}　　　　1